**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02075-GPG
(**The above civil action number must appear on all future papers
    sent to the court in this action.  Failure to include this number
    may result in a delay in the consideration of your claims.**)

JASMINE F. LUTES,

      Plaintiff,

v.

ALLISON MORRISSEY, Public Trustee,
FEDERAL HOME LOAN MORTGAGE CORPORATION, dba FREDDIE MAC, and
PLAZA HOME MORTGAGE, INC.

Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff Terry Rand Desjarlais Jr. currently resides in Greenwood Village,

Colorado.  Plaintiff initiated this action by filing *pro se* a Petition and an Application to

Proceed in District Court Without Prepaying of Fees or Costs  .   As part of the Court's

review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the

submitted document is deficient as described in this Order.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in

response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees and Costs**:
(1)    __    is not submitted
(2)    X    is not on proper form (must use the Court's current form)
(3)    __    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    __    affidavit is incomplete (Plaintiff has failed to provide any requested
                information on the form.)
(6)    __    affidavit is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or
                application

(8)       __       other: In the alternative Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9)       __       is not submitted
(10)      X        is not on proper form (must use the Court's current form)
(11)      __       is missing an original signature by the Plaintiff
(12)      __       is incomplete
(13)      __       uses et al. instead of listing all parties in caption
(14)      __       names in caption do not match names in text of Complaint
(15)      __       addresses must be provided for all defendants/respondents in "Section A.
                   Parties" of complaint, petition or habeas application
(16)      __       other:.

Accordingly, it is

        ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

        FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used

in filing a complaint and an application to proceed without prepaying fees and costs and

a complaint, along with the applicable instructions, at www.cod.uscourts.gov.  It is

        FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

        DATED September 21, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Gordon P. Gallagher
                                        United States Magistrate Judge